91 F.3d 122
 Michael R. Boykin, Margaret L. Boykin, Aaron M. Boykin
v.
Bloomsburg University of Pennsylvania, Dr. Robert Parrish,
Vice President, Dr. Curtis English, President, Dr. Harry
Ausprich, Former President, Margaret Maning, Director of
Personnel, Irvin Wright, Associate Professor, John Walker,
Retires Vice President for University Advancement, Timothy
Downs, Supervisor, PLumbing and Maintenance, Virginia
McAfee, Ex-University Employee, David Fenton, Sallis Samsel,
 NO. 95-7456
 United States Court of Appeals,
Third Circuit.
 June 12, 1996
 Appeal From: M.D.Pa., No. 94-cv-00306
 
 1
 893 F.Supp. 378,
 
 
 2
 893 F.Supp. 400,
 
 
 3
 893 F.Supp. 409,
 
 905 F.Supp. 1335
 
 4
 AFFIRMED.